**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DUMONT AIRCRAFT CHARTER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. VALVANO, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:22-CV-00572<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 26th day of September, 2022, for the reasons set forth in the Memorandum filed concurrently herewith, **IT IS HEREBY ORDERED** that:

1. Dumont's motion for leave to file a sur-reply in opposition to Defendants' motion to set aside the entry of default (Doc. 18) is **GRANTED**. The Clerk of Court is **DIRECTED** to enter the sur-reply attached to Dumont's motion as a separate filing on the docket. (Doc. 18, at 4-8);

2. Defendants' motion to set aside the entry of default (Doc. 12) is **GRANTED**; and

3. Defendants are directed to file an answer or otherwise respond to Dumont's complaint within ten (10) days from the date of this Order, on or before **Thursday, October 6, 2022**.

**BY THE COURT:**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**